**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Navine SHARMA, Defendant—**
**Appellant.**

**No. 11–30015.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 23, 2011.

Scott Kerin, Assistant U.S., Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Robert Warren Rainwater, Esquire, Rainwater Law Group, Eugene, OR, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Navine Sharma appeals from his guilty-plea conviction and 92–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1); (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sharma's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sharma the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

Sharma's request for appointment of other counsel is **DENIED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.